**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:09CR97** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JACOB PUTNAM and** ) | |
| **ALYSSA KERR,** ) | |
| ) | |
| **Defendants.** ) | |

This matter is before the court on the motion of defendant Jacob Putnam (Putnam) to extend the time to file pretrial motions (Filing No. 25). Putnam has filed an affidavit wherein he consents to the motion and understands the time required for the motion may be excluded from Speedy Trial Act calculations (Filing No. 26). The motion will be granted as set forth below.

**IT IS ORDERED:**

Defendant Putnam's motion to extend the time to file pre-trial motions (Filing No. 25) is granted. Putnam is given **until June 8, 2009**, in which to file pre-trial motions. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **May 8, 2009 and June 8, 2009**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 8th day of May, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge